**2007–0270.   McNeil v. Logue.**
Hamilton App. No. C–060943. On February 2, 2007, appellant tendered an affidavit of indigency, in lieu of the docket fee, upon filing this appeal from the Court of Appeals for Hamilton County. It appears that appellant's affidavit of indigency is not sworn to or affirmed before a notary. Upon

consideration thereof,

It is ordered by the court, sua sponte, that appellant's affidavit of indigency is stricken as insufficient. Accordingly, this cause is dismissed.